# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**FREDDIE WALKER**                                                     **PETITIONER**

**VS.**                     **CASE NO. 5:06CV00086 SWW/HDY**

**LARRY NORRIS, Director of the**
**Arkansas Department of Correction**                                  **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus. The relief sought is denied.

IT IS SO ORDERED this 5th day of July 2006.

/s/Susan Webber Wright

United States District Judge